UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS

In Re:

Darrell B. Graham,                                    Chapter 11
                                                      No.
                    Debtor

DEBTOR'S APPLICATION TO EMPLOY COUNSEL

Now comes the above Debtor and seeks authority to employ the services of Attorney John F. Sommerstein, Esq. to represent the Debtor herein. In support hereof, Debtor states:

1. Attorney Sommerstein has had extensive experience in matters of this type, and has handled Chapter 11 cases before this Court.

2. To the best of movant's own knowledge and belief, Attorney Sommerstein represents no interest adverse to Debtor's estate, and has submitted an affidavit for transmittal herewith.

3. Attorney Sommerstein has filed a statement pertaining to his fee herein as required under the Bankruptcy Rules.

Dated this 29th day of January 2007.

/s/ Darrell B. Graham
Darrell B. Graham

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of Debtor's Application to Employ Counsel together with Affidavit of Proposed Attorney and Statement of Attorney pursuant to Rule 2016(b) has been served via ECF upon the following parties:

Office of the United States Trustee
ONeill Federal Building
10 Causeway Street
Boston, Mass. 02222

Dated this 12th day of March 2007.

                                                            *Is!* John F. Sommerstein
                                                            John F. Sommerstein